**Opinion issued January 30, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00147-CR**
**NO. 01-12-00148-CR**

———————————

**CODY JAMES ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1280186 & 1323721**

**MEMORANDUM OPINION**

Appellant, Cody James Ross, has filed a "Motion to Dismiss Appeal." We have not issued a decision in the appeal, and the motion complies with rule 42.2(a). *See* TEX. R. APP. P. 42.2(a). Further, although the motion does not contain a certificate of conference, the motion contains a certificate of service stating that it

was served on the State and has been on file with the Court for more than 10 days, and the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).